IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

GEORGE BRINT and
ADVANCED DECOY RESERACH, INC.,

    Plaintiffs,

VS.                                              No. 05-1195-T-An

RANDALL ROBINSON, individually,

    Defendant.

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned hereby recuses himself from this action. This case is reassigned to the Honorable J. Daniel Breen for further proceedings. The clerk will change the initial on the docket number to ensure that Judge Breen will receive all filings.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

26 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _09-27-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 1:05-CV-01195 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

John L. Haller
GORDON & REES LLP
101 W. Broadway, Ste. 1600
San Diego, CA 92101

Timothy G. Wehner
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Susan B. Meyer
GORDON & REES LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Honorable J. Breen
US DISTRICT COURT