IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 OCT 13  AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| GEORGE BRINT and ADVANCED DECOY RESEARCH, INC., ) ) | |
| Plaintiff, ) | |
| VS. ) | NO. 1-05-1195-B/An |
| RANDALL ROBINSON, Individually, ) | |
| Defendant. ) | |

### ORDER FOR ADMISSION PRO HAC VICE

This matter came on to be heard on the Defendant's Motion for permission of the Court for John L. Haller, Attorney at Law, Gordon & Rees, 101 West Broadway, Suite 1600, San Diego, CA  92101  (Facsimile No. (619)696-7124), to appear pro hac vice along with Tennessee counsel Charles H. Barnett, III.  It appearing to the Court that the motion is well taken, it is, hereby,

ORDERED, ADJUDGED AND DECREED that John L. Haller is admitted to appear as counsel pro hac vice for the Defendant, in this matter subject to further orders of the Court.

Entered this the __13th__ day of __October__, 2005.

_____
J. DANIEL BREEN, U.S. DISTRICT JUDGE

7671-1-CHB; Page 1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CV-01195 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

John L. Haller
GORDON & REES LLP
101 W. Broadway, Ste. 1600
San Diego, CA 92101

Timothy G. Wehner
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Susan B. Meyer
GORDON & REES LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101

Honorable J. Breen
US DISTRICT COURT