IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ___ D.C.

05 NOV -1 AM 11: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

GEORGE BRINT and ADVANCED
DECOY RESEARCH, INC.,

    Plaintiffs,

v.                                                                                       No. 05-1195-B/An

RANDALL ROBINSON, Individually,

    Defendant.

### ORDER OF REFERENCE

Before the court is Plaintiffs' Motion to Allow Jurisdictional Discovery filed on October 24, 2005.

This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CV-01195 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Susan B. Meyer
GORDON & REES LLP
101 West Broadway
Ste. 1600
San Diego, CA 92101

Timothy G. Wehner
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John L. Haller
GORDON & REES LLP
101 W. Broadway
Ste. 1600
San Diego, CA 92101

Honorable J. Breen
US DISTRICT COURT