IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| GEORGE BRINT and<br>ADVANCED DECOY RESEARCH, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>RANDALL ROBINSON, Individually<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) NO.: 05-1195-T-An<br>)<br>)<br>)<br>) |

## ORDER SETTING HEARING

Before the Court is Plaintiffs' Motion to Allow Jurisdictional Discovery filed on October 24, 2005. After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **MONDAY, NOVEMBER 14, 2005 at 10:00 a.m.** in the Magistrate Judge's Courtroom, 4th Floor, Federal Building, Jackson, Tennessee.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 8, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on __11-10-05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CV-01195 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Timothy G. Wehner
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Susan B. Meyer
GORDON & REES LLP
101 West Broadway
Ste. 1600
San Diego, CA 92101

John L. Haller
GORDON & REES LLP
101 W. Broadway
Ste. 1600
San Diego, CA 92101

Charles H. Barnett
SPRAGINS BARNETT COBB & BUTLER
P.O. Box 2004
Jackson, TN 38302--200

Honorable J. Breen
US DISTRICT COURT