UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

| | |
|---|---|
| GEORGE BRINT and<br>ADVANCED DECOY RESEARCH, INC.<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL ROBINSON, individually<br><br>Defendant. | Civil Action No. 05-1195- B/An<br><br>JURY DEMANDED |

## ORDER GRANTING VOLUNTARY DISMISSAL

This matter came to be heard upon the Notice by Plaintiffs for voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court finds that the Plaintiffs are entitled to this voluntary dismissal.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this action shall be dismissed without prejudice at Plaintiffs' cost for which execution may issue if necessary.

JUDGE

Date: 12/16/05

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of this pleading or document was served upon the following by mailing postage prepaid or by delivery to the person or office of such counsel.

Mr. John Haller
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA 92101

Charles H. Barnett, III
Spragins, Barnett, Cobb & Butler, PLC
312 East Lafayette Street
Jackson, TN 38302-2004

Timothy G. Wehner
Mary Margaret Petrinjak
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302-1147

This the _____ day of December, 2005.

_____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CV-01195 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Charles H. Barnett
SPRAGINS BARNETT & COBB, PLC
P.O. Box 2004
312 E. Lafayette
Jackson, TN 38302--200

Mary Margaret Petrinjak
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

John L. Haller
GORDON & REES LLP
101 W. Broadway
Ste. 1600
San Diego, CA 92101

Susan B. Meyer
GORDON & REES LLP
101 West Broadway
Ste. 1600
San Diego, CA 92101

Timothy G. Wehner
RAINEY KIZER BUTLER REVIERE & BELL
105 S. Highland Ave.
Jackson, TN 38301--114

Honorable J. Breen
US DISTRICT COURT